IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| EMC PROPERTY AND CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>RBC SAND & GRAVEL, INC.,<br><br>Defendant. | CV 23–134–M–DLC<br><br><br>ORDER |

Before the Court is the Parties' Joint Stipulation for Dismissal with Prejudice. (Doc. 8.)  The stipulation states that the parties agree to dismiss this action with prejudice. (*Id.* at 1.)  The parties further agree that each party shall be responsible for their own costs and attorneys' fees. (*Id.*)

Upon review of the stipulation and good cause appearing, IT IS ORDERED that the above captioned matter is DISMISSED WITH PREJUDICE with each party bearing their own attorneys' fees and costs.

Dated this 3rd day of April, 2024.

_____
Dana L. Christensen, District Judge
United States District Court